Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiffs

R. Charles Henn Jr.; chenn@kilpatrickstockton.com
Charles H. Hooker III; chooker@kilpatrickstockton.com
Nichole Davis Chollet; nchollet@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309
Telephone:  404.815.6500
Facsimile:  404.815.6555

Of Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| ADIDAS AMERICA, INC. and ADIDAS AG, | No. CV10-374 AA |
| Plaintiffs, | **PRELIMINARY INJUNCTION ON CONSENT** |
| v. | |
| K & W LLC; CECILIA YU, INDIVIDUALLY AND D/B/A ULTRA INTERNATIONAL AND SOCCERTEAMWORK.COM; KEN YU WONG, INDIVIDUALLY AND D/B/A ULTRA INTERNATIONAL; KEN WONZ, INDIVIDUALLY AND D/B/A ULTRA INTERNATIONAL, | |
| Defendants. | |

1-    PRELIMINARY INJUNCTION ON CONSENT

This Court, having considered the Complaint on file in this Action, and defendants K & W LLC, Cecilia Yu, individually and d/b/a Ultra International and SoccerTeamWork.com, and Ken Yu Wong, individually and d/b/a Ultra International (collectively, "Defendants"), having consented to the terms of the preliminary injunction set forth below, this Court hereby finds as follows:[1]

    1.    On April 5, 2010, plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas") filed a Complaint in the instant action claiming, *inter alia*, that Defendants are importing, manufacturing, advertising, distributing, offering for sale, and selling footwear and apparel that bear stripes that infringe adidas's rights in and dilute the distinctive quality of adidas's Three-Stripe Trademark (the "Accused Footwear" and "Accused Apparel," respectively). Photographs of representative examples of the Accused Footwear and the Accused Apparel are attached hereto as **Exhibit A**. adidas owns and extensively uses the Three-Stripe Trademark (hereinafter, the "Three-Stripe Mark"), which is covered by U.S. Trademark Registration Nos. 870,136, 961,353, 1,815,956, 1,833,868, 2,016,963, 2,058,619, 2,278,589, 2,278,591, 2,284,308, 2,909,861, 2,999,646, 3,029,127, 3,029,129, 3,029,135, 3,063,742, 3,063,745, 3,087,329, 3,183,656, 3,183,663, and 3,236,505. Copies of these Trademark Registrations are attached hereto collectively as **Exhibit B**.

    2.    In its Complaint, adidas also claims, *inter alia*, that Defendants are importing, manufacturing, advertising, distributing, offering for sale, and selling a soccer ball that bears a confusingly similar imitation of adidas's Jabulani Trade Dress (the "Accused Ball"). Photographs of a representative example of the Accused Ball are attached hereto as **Exhibit C**. adidas asserts that it has rights in the Jabulani Trade Dress, which consists of a soccer ball

---

[1] With regard to defendant Ken Wonz, individually and d/b/a Ultra International, Defendants represent that there is no person by that name who is affiliated or connected with any of the Defendants. If it is discovered that there is a person named Ken Wonz who is affiliated or connected with any of the Defendants, then the parties have agreed that such person shall be bound by the terms of this Preliminary Injunction on Consent.

2-   PRELIMINARY INJUNCTION ON CONSENT

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

featuring four triangular-shaped design elements set against a solid contrasting background. Images showing the Jabulani Trade Dress appear below:



**Jabulani Trade Dress**

3.      The Court has jurisdiction over the subject matter of this action and over the Defendants, and venue in this action is proper in this judicial district.

**IT IS HEREBY ORDERED** that:

1.      Defendants and all of their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Defendants, or in concert or participation with Defendants, and each of them, be PRELIMINARILY ENJOINED and RESTRAINED, from:

> a.  importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling the Accused Footwear, the Accused Apparel, or the Accused Ball; and
>
> b.  using the Three-Stripe Mark, the Jabulani Trade Dress, or any other copy, reproduction, colorable imitation or simulation of adidas's Three-Stripe Mark or Jabulani Trade Dress on or in connection with Defendants' goods or services.

*[The remainder of this page has been intentionally left blank.]*

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

2.     This preliminary injunction shall remain in full force and effect until such time as

this Court has entered a final judgment on the merits of all claims in this case, or until such time

as this Court enters a further Order lifting or modifying this preliminary injunction.

IT IS SO ORDERED, this 4th day of May, 2010.

The Honorable Ann L. Aiken, Judge
United States District Court


STIPULATED AND CONSENTED TO BY:

By: _____
Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
**PERKINS COIE LLP**
1120 NW Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiffs

By: _____
J. Peter Staples, OSB No. 794042
pete@chernofflaw.com
**CHERNOFF VILHAUER McCLUNG & STENZEL LLP**
601 SW 2nd Avenue, Suite 1600
Portland, OR 97204
Telephone:  503.227.5631
Facsimile:  503.228.4373

Attorneys for Defendants K & W LLC,
Cecilia Yu, individually and d/b/a Ultra International
and SoccerTeamWork.com, and Ken Yu Wong, individually
and d/b/a Ultra International


4- PRELIMINARY INJUNCTION ON CONSENT

# EXHIBIT A

## Accused Footwear



Copa-Shoes (Outdoor)



Mesuca Blue/White



Mescua White/Gold



Mescua Black/Red



Youth Soccer Shoes

## Accused Apparel



**Seattle Sounders Jersey**



**Seattle Sounders Shorts**



**V22 Jersey**



**V22 Shorts**



**G-04 Goalie Jersey**

# EXHIBIT B

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 870,136
Registered May 27, 1969
Renewal Approved Apr. 2, 1990

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORATION)
HERZOGENAURACH, FED REP GERMANY, BY MERGER WITH AND CHANGE OF NAME FROM ADIDAS-SPORTSCHUHFABRIKEN ADI DASSLER K.G. (FED REP GERMANY FIRM), HERZOGENAURACH, NEAR NUREMBERG, FED REP GERMANY

OWNER OF U.S. REG. NOS. 631,812, 738,673 AND OTHERS.
THE MARK CONSISTS OF THREE PARALLEL BANDS EXTENDING ALONG THE LENGTH OF EACH

SLEEVE OF THE TRAINING SUIT AND ALONG THE LENGTH OF EACH LEG OF THE TROUSERS, THE BANDS ON THE SLEEVES BEING OF CONTRASTING COLOR TO THAT OF THE REMAINDER OF THE SLEEVE AND THE BANDS ON THE LEGS OF THE TROUSERS BEING OF CONTRASTING COLOR TO THAT OF THE REMAINDER OF THE TROUSER LEGS.

FOR: ATHLETIC TRAINING SUITS, IN CLASS 39 (INT. CL. 25).
FIRST USE 2-0-1967; IN COMMERCE 8-3-1967.

SER. NO. 72-302,478, FILED 7-11-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 15, 1990.*

# United States Patent Office

**961,353**
Registered June 19, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 358,532, filed May 1, 1970



Adidas Sportschuhfabriken Adi Dassler K.G.
Am Bahnhof, Herzogenaurach
Nuremberg, Germany

For: SPECIAL PURPOSE ATHLETIC SHOES, in CLASS 22 (INT. CL. 25).

For: GENERAL PURPOSE SPORT SHOES, in CLASS 39 (INT. CL. 25).

First use 1967; in commerce 1967.

The mark comprises three white stripes extending across the blue background of the box container and the outline of the container box is made to appear in broken lines.

Owner of U.S. Reg. Nos. 631,812, 870,136, and others.

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

# United States Patent and Trademark Office

Reg. No. 1,815,956
Registered Jan. 11, 1994

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
D-8522 HERZOGENAURACH, FED REP GERMANY

FOR: ATHLETIC FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1952; IN COMMERCE 0-0-1952.
SEC. 2(F).

SER. NO. 74-255,912, FILED 3-16-1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,833,868
Registered May 3, 1994

### TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
D-8522 HERZOGENAURACH, FED REP GERMANY

FOR: ATHLETIC FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1949; IN COMMERCE 0-0-1978.

SEC. 2(F).

SER. NO. 74-263,512, FILED 4-7-1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**  Reg. No. 2,016,963
Registered Nov. 19, 1996

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORA-
TION)
P.O. BOX 1120
HERZOGENAURACH D–91072, FED REP GER-
MANY

FOR: SPORTS AND LEISURE WEAR,
NAMELY JACKETS, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST USE 0–0–1967; IN COMMERCE
0–0–1967.
OWNER OF U.S. REG. NO. 870,136.

THE MARK CONSISTS OF THREE PARAL-
LEL BANDS POSITIONED ALONG THE
LENGTH OF EACH SLEEVE OF A JACKET.
THE DOTTED OUTLINE OF A JACKET IS
NOT PART OF THE MARK BUT IS MERELY
INTENDED TO SHOW THE POSITION OF THE
MARK.
SEC. 2(F).

SER. NO. 74–653,296, FILED 3–28–1995.

ANIL V. GEORGE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,058,619

## United States Patent and Trademark Office

Registered May 6, 1997

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORA-
TION)
P.O. BOX 1120
HERZOGENAURACH D-91072, FED REP GER-
MANY

FOR: SPORTS AND LEISURE WEAR,
NAMELY SHIRTS, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST USE 0-0-1967; IN COMMERCE
0-0-1967.
OWNER OF U.S. REG. NO. 870,136.

THE MARK CONSISTS OF THREE PARAL-
LEL BANDS POSITIONED ALONG THE
LENGTH OF EACH SLEEVE OF A SHIRT. THE
DOTTED OUTLINE OF A SHIRT IS NOT PART
OF THE MARK BUT IS MERELY INTENDED
TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 74-653,301, FILED 3-28-1995.

ANIL V. GEORGE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,278,589

Registered Sep. 21, 1999

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORA-
TION)
P.O. BOX 1120
HERZOGENAURACH
D-91072, FED REP GERMANY

FOR: ATHLETIC AND LEISURE FOOT-
WEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 0-0-1952; IN COMMERCE
0-0-1952.

OWNER OF U.S. REG. NOS. 870,136, 1,815,956,
AND 1,833,868.

SEC. 2(F).

SER. NO. 74-644,822, FILED 3-7-1995.

CHARLES WEIGELL, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Corrected

Reg. No. 2,278,591

Registered Sep. 21, 1999

OG Date July 11, 2000

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GER-
MANY JOINT STOCK COMPANY)
P.O. BOX 1120
HERZOGENAURACH D-91072, FED REP
GERMANY, BY CHANGE OF NAME
ADIDAS AG (FED REP GERMANY COR-
PORATION) HERZOGENAURACH D-91072,
FED REP GERMANY

OWNER OF U.S. REG. NOS. 870,136,
1,815,956 AND 1,833,868.
THE MARK CONSISTS THREE PARALLEL
BANDS EXTENDING ALONG THE LENGTH
OF EACH LEG OF THE SHORTS, THE

BANDS BEING OF CONTRASTING COLOR
TO THAT OF THE REMAINDER OF THE
SHORTS. THE DOTTED LINES ARE NOT A
PART OF THE MARK AND ONLY USED TO
INDICATE POSITION.

SEC. 2(F).

FOR: SPORTS AND LEISURE WEAR,
NAMELY, SHORTS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 0-0-1967; IN COMMERCE
0-0-1967.

SER. NO. 74-653,303, FILED 3-28-1995.

*In testimony whereof I have hereunto set my hand and
caused the seal of The Patent and Trademark Office to
be affixed on July 11, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,284,308

Registered Oct. 12, 1999

### TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY JOINT STOCK COMPANY)
P.O. BOX 1120
HERZOGENAURACH, FED REP GERMANY

FOR: SPORTS AND LEISURE WEAR, NAMELY PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1967; IN COMMERCE 0–0–1967.

OWNER OF U.S. REG. NOS. 870,136, 1,815,956, AND 1,833,868.

THE MARK CONSISTS THREE PARALLEL BANDS EXTENDING ALONG THE LENGTH OF EACH LEG OF THE PANTS, THE BANDS BEING OF CONTRASTING COLOR TO THAT OF THE REMAINDER OF THE PANTS. THE DOTTED LINES ARE NOT A PART OF THE MARK AND ONLY USED TO INDICATE POSITION.

SEC. 2(F).

SER. NO. 74–653,302, FILED 3–28–1995.

RUDY R. SINGLETON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,909,861
Registered Dec. 14, 2004

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMANY

FOR: FOOTWEAR, NAMELY, SLIDES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.

OWNER OF U.S. REG. NOS. 870,136, 2,284,308 AND OTHERS.

THE MARK CONSISTS OF THREE STRIPES POSITIONED ON THE TOP PART OF A SLIDE. THE DOTTED OUTLINE OF THE SLIDE IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 76-535,511, FILED 7-28-2003.

NANCY CLARKE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,999,646
Registered Sep. 27, 2005

**TRADEMARK**
**PRINCIPAL REGISTER**



ADIDAS-SALOMON AG (FED REP GERMANY
  JOINT STOCK COMPANY)
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-
NY

FOR: FOOTWEAR, NAMELY, SLIDES, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.

OWNER OF U.S. REG. NOS. 870,136, 2,284,308 AND
OTHERS.

SEC. 2(F).

SER. NO. 76-535,367, FILED 7-28-2003.

KIM SAITO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,029,127
Registered Dec. 13, 2005

# TRADEMARK
## PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMANY

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEAT-SHIRTS, JACKETS AND COATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-3-1967; IN COMMERCE 8-3-1967.

OWNER OF U.S. REG. NOS. 870,136, 2,016,963, AND 2,058,619.

THE MARK CONSISTS OF THREE PARALLEL STRIPES RUNNING ALONG THE SLEEVE OF A SHIRT, T-SHIRT, SWEATSHIRT, JACKET OR COAT. THE DOTTED OUTLINE OF THE GARMENT IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,470, FILED 12-29-2004.

BARNEY CHARLON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,029,129

Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-NY

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1952; IN COMMERCE 1-1-1952.

THE MARK CONSISTS OF THREE PARALLEL STRIPES APPLIED TO FOOTWEAR, THE STRIPES ARE POSITIONED ON THE FOOTWEAR UPPER IN THE AREA BETWEEN THE LACES AND THE SOLE. THE DOTTED OUTLINE OF THE FOOTWEAR IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,629, FILED 12-29-2004.

ALINA MORRIS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,029,135
Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY
   AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-
NY

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 1-1-1952; IN COMMERCE 1-1-1952.

THE MARK CONSISTS OF THREE PARALLEL
STRIPES WITH SERRATED EDGES APPLIED TO

FOOTWEAR, THE STRIPES ARE POSITIONED ON
THE FOOTWEAR UPPER IN THE AREA BETWEEN
THE LACES AND THE SOLE. THE DOTTED OUT-
LINE OF THE FOOTWEAR IS NOT CLAIMED AS
PART OF THE MARK AND IS INTENDED ONLY
TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,734, FILED 12-29-2004.

ALINA MORRIS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,063,742

United States Patent and Trademark Office    Registered Feb. 28, 2006

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS INTERNATIONAL MARKETING B.V. (NETHERLANDS PRIVATE LIMITED LIABI-LITY COMPANY)
KONINGIN WILHELMINAPLEIN 30
1062 KR AMSTERDAM, NETHERLANDS

FOR: PANTS, SHORTS, SKORTS, FOOTWEAR, SHIRTS, VESTS, SOCKS, JACKETS, SWEATERS,

HEADWEAR, VISORS, PULLOVERS, RAINSUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-2004; IN COMMERCE 1-15-2004.

SER. NO. 78-591,687, FILED 3-21-2005.

GLENN CLARK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,063,745
Registered Feb. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS INTERNATIONAL MARKETING B.V. (NETHERLANDS PRIVATE LIMITED LIABILITY COMPANY)
KONINGIN WILHELMINAPLEIN 30
1062 KR AMSTERDAM, NETHERLANDS

FOR: PANTS, SHORTS, SKORTS, FOOTWEAR, SHIRTS, VESTS, SOCKS, JACKETS, SWEATERS, HEADWEAR, VISORS, PULLOVERS, RAINSUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-2004; IN COMMERCE 1-15-2004.

SER. NO. 78-591,755, FILED 3-21-2005.

GLENN CLARK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,087,329
Registered May 2, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-
NY

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SWEATSHIRTS, VESTS, JACKETS AND COATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-3-1967; IN COMMERCE 8-3-1967.

THE MARK CONSISTS OF THREE PARALLEL STRIPES RUNNING ALONG THE SIDE OF A

SHIRT, T-SHIRT, SWEATSHIRT, VEST, JACKET OR COAT. THE DOTTED OUTLINE OF THE GAR-MENT IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSI-TION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,504, FILED 12-29-2004.

HOWARD SMIGA, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,183,656
Registered Dec. 12, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER-STRASSE 1
HERZOGENAURACH, FED REP GERMANY 91074

FOR: HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1993; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 870,136, 2,999,646 AND OTHERS.

THE MARK CONSISTS OF THREE PARALLEL STRIPES EXTENDING AROUND THE HEAD-WEAR.

SEC. 2(F).

SER. NO. 78-802,316, FILED 1-30-2006.

ANDREA K. NADELMAN, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,183,663

Registered Dec. 12, 2006

# TRADEMARK
## PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)

ADI-DASSLER-STRASSE 1

HERZOGENAURACH, FED REP GERMANY 91074

FOR: HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1998; IN COMMERCE 3-0-1999.

OWNER OF U.S. REG. NOS. 2,284,308, 2,999,646 AND OTHERS.

THE MARK CONSISTS OF THREE PARALLEL STRIPES ON A SIZE ADJUSTING BAR AT THE REAR OF THE HEADWEAR. THE DOTTED OUTLINE OF THE VISOR IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK

SEC. 2(F).

SER. NO. 78-802,551, FILED 1-30-2006.

JEAN IM, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,236,505
Registered May 1, 2007

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER-STRASSE 1
HERZOGENAURACH, FED REP GERMANY 91074

FOR: HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1993; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 2,284,308, 2,999,646 AND OTHERS.

THE MARK CONSISTS OF THREE PARALLEL STRIPES EXTENDING FROM THE REAR OF THE HEADWEAR TO THE TOP OF THE HEADWEAR. THE DOTTED OUTLINE OF THE HAT, BRIM AND STRAP ARE NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-802,476, FILED 1-30-2006.

KELLY MCCOY, EXAMINING ATTORNEY

# EXHIBIT C

